# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALLEN E. KAYE,**<br><br>225 Broadway, Ste 307, New York, NY 10007<br><br>Plaintiff,<br>        vs.<br><br>**UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES**<br><br>20 Massachusetts Ave. NW<br><br>Washington, DC 20529<br><br>Defendant | Case No.:<br><br>COMPLAINT |

## COMPLAINT

1. This is an action under the Freedom of Information Act ("FOIA"), 5

1

U.S.C. § 552, as amended, to compel the United States Citizenship and Immigration Services (USCIS) to immediately produce the full unredacted record of proceedings in USCIS File SRC-11-009-50333 pertaining to Form I-130, Petition for Alien Relative filed by Sookhia Persaud upon behalf of Dhanragie Budhram.

## PARTIES

2.  Allen E. Kaye is a citizen of the United States and a member of the State Bar of New York, who has his principal place of business at 225 Broadway, Suite 307, in the county and state of New York.

3.  The United States Citizenship and Immigration Services is an agency of the United States, residing in the District of Columbia, and has possession of and control of the record of proceedings in USCIS File SRC-11-009-50333 pertaining to Form I-130, Petition for Alien Relative filed by Sookhia Persaud upon behalf of Dhanragie Budhram.

## JURISDICTION

4.  Since this is a civil action arising under the Freedom of Information Act, 5 U.S.C. § 552, a law of the United States, original jurisdiction over this matter is vested in this Court by 28 U.S.C. § 1331.

## BRIEF FACTUAL NARRATIVE

5.  Allen E. Kaye is an attorney at law who has been engaged by Sookhia

Persaud to provide her with representation pertaining to Form I-130, Petition for Alien Relative which she filed upon behalf of Dhanragie Budhram.

6. To be able to effectively represent Ms. Persaud in this matter Mr. Kaye needs to review said file.

7. On February 8, 2016 Allen E. Kaye filed a request under the Freedom of Information Act to the USCIS by emailing it to uscis.foia@uscis.dhs.gov. A complete copy of that email is attached as Exhibit A.

8. Attached to this email were completed forms DOJ 361 executed by Sookhi Persaud and Dhanragie Budhram, an accurate copy of which is attached as Exhibit B.

9. As of the date of the filing of this complaint USCIS has provided no response to this request.

## STATEMENT OF RELEVANT LAW

10. 5 U.S.C. § 552(a)(3)(A) provides that:

> Except with respect to the records made available under paragraphs (1) and (2) of this subsection, and except as (E), each agency, upon any request for records which (i) reasonably describes such records and (ii) is made in accordance with published rules stating the time, place, fees (if any), and procedures to be followed, shall make the records promptly available to any person.

11. 5 U.S.C. § 552(a)(6) provides in relevant part that that "Each agency, upon any request for records made under paragraph (1), (2), or (3) of

this subsection, shall--

> (i) determine within 20 days (excepting Saturdays, Sundays, and legal public holidays) after the receipt of any such request whether to comply with such request and shall immediately notify the person making such request of such determination and the reasons therefor, and of the right of such person to appeal to the head of the agency any adverse determination

12. 5 U.S.C. § 552(a)(4)(B) provides in relevant part that

> On complaint, the district court of the United States in the district in which the complainant resides, or has his principal place of business, or in which the agency records are situated, or in the District of Columbia, has jurisdiction to enjoin the agency from withholding agency records and to order the production of any agency records improperly withheld from the complainant.

## CAUSE OF ACTION

13. The United States Citizenship and Immigration Services, despite receiving the aforementioned request from Allen E. Kaye which reasonably described such records and was made in accordance with published rules stating the time, place, fees (if any), and procedures to be followed, has failed to determine whether to make those records available to him and notify him of that determination within the applicable time limit provisions of 552 U.S.C. § 552(a)(6).

14. Accordingly, Allen E. Kaye has exhausted his administrative remedies with respect to such request.

15. The United States Citizenship and Immigration Services has improperly withheld from Allen E. Kaye the documents identified in that request.

16. Therefore this Court should enjoin the United States Citizenship and Immigration Services from withholding the full unredacted record of proceedings in USCIS File SRC-11-009-50333 pertaining to Form I-130, Petition for Alien Relative filed by Sookhia Persaud upon behalf of Dhanragie Budhram. and order the United States Citizenship and Immigration Services to provide Allen E. Kaye with a full unredacted copy of those proceedings forthwith.

Respectfully Submitted this 11th day of March, 2016

s/Michael E. Piston
Michael E Piston
Attorney for Plaintiff
225 Broadway, Ste 307
New York, NY 10007
646-845-9895
Fax: 206-770-6350
Michaelpiston4@gmail.com